In re Petition for DISCIPLINARY AC-
TION AGAINST Conrad M. FREDIN, an
Attorney at Law of the State of Minne-
sota.

No. C7–96–1080.

Supreme Court of Minnesota.

March 26, 1998.

### ORDER

WHEREAS, the Director of the Office of
Lawyers Professional Responsibility has filed
a petition for revocation of probation and
further disciplinary action for respondent
Conrad M. Fredin upon allegations that re-
spondent practiced law while he was sus-
pended and made misrepresentations to the
Director's office in their investigation of the
alleged practice of law; and

WHEREAS, respondent waives his rights
pursuant to Rule 14, Rules on Lawyers Pro-
fessional Responsibility (RLPR), withdraws
his answer to the petition and unconditionally
admits the allegations of the petition, and has
entered into a stipulation with the Director
wherein they jointly recommend a public rep-
rimand and respondent's resignation from
the practice of law; and

WHEREAS, this court has independently
reviewed the record and agrees with the
recommended discipline, including the as-
sumption that the resignation is to be perma-
nent,

IT IS HEREBY ORDERED that respon-
dent Conrad M. Fredin is publicly repri-
manded and is placed on permanently re-
signed status with no right to petition for
reinstatement. The Director is awarded
$900 plus interest in costs and $162.40 plus
interest in disbursements pursuant to Rule
24(d), RLPR.

BY THE COURT:

/s/ Alan C. Page

Alan C. Page
Associate Justice